# WESTMORELAND COUNTY,

## March Term, 1797.

### JOSEPH DIXON *v.* CHARLES M'CLUTCHEY.

*A SSUMSIT,* on an undertaking, in the fale of a horfe, that the horfe was found, with an averment, that he was unfound of the yellow-water, and thereof died. There was another count of *indebitatus affumfit,* for money had and received.

There was evidence on both fides.

PRESIDENT. 1. There is no exprefs warranty or undertaking. The price is lefs, than of a found horfe of the fame appearance. There is evidence, from a converfation between the parties at the fale, that it was underftood by both, that the horfe might be unfound. The plaintiff therefore took his chance, and cannot recover, on the firft count.

2. But fraud vitiates every contract, and one man, who fells a horfe to another, knowing a material defect, which in equity and good confcience he ought to difclofe, and does not ; if it be not known to the buyer, or fuch as a buyer of common prudence muft be prefumed to know ; this is fuch a fraud as vitiates the contract, and the buyer may call for his money again.

Verdict for the defendant.